UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 11-226-2 |
| V. | : |
| MICHAEL KATZIN | : |

**DEFENDANT MICHAEL KATZIN'S JOINDER
IN SUPPLEMENTAL MEMORANDA SUBMITTED BY
CO-DEFENDANTS' HARRY AND MARK KATZIN**

Defendant, Michael Katzin, by his undersigned counsel, respectfully joins in the Supplemental Memoranda of Law in Support of Motion to Suppress Evidence obtained as a result of the warrantless placement of a GPS monitoring device on a vehicle regularly used by all three defendants who were living in the same household at the time the GPS device was placed.

As such, the factual and legal discussion in those Memoranda are equally applicable to all defendants.

Dated: 3/23/12

Respectfully submitted,

/s/ *William A. DeStefano*
_____
William A. DeStefano
Terri A. Pawelski
Stevens & Lee
1818 Market Street – 29th Floor
Philadelphia, PA 19103
215-751-1941

Counsel for Defendant, Michael Katzin

SL1 1143700v1 107141.00001

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joinder document was served on the following counsel by filing same by Electronic Case Filing.

Thomas M. Zalesky
Assistant United States Attorney
615 Chestnut Street – 12th Floor
Philadelphia, PA 19106


Rocco C. Cipparone
203-205 Black Horse Pike
Haddon Heights, NJ 08035


Thomas A. Dreyer
6 Dickinson Drive
Bldg 100, Suite 106
Chadds Ford, PA 19317


Dated: 3/23/12

/s/ William A. DeStefano
_____